**M.S. & T.S. Individually and as Next Friend of their Minor Daughter, K.S.**

v.

**ALL SAINTS EPISCOPAL HOSPITAL.**

No. D–0239.

Supreme Court of Texas.

Jan. 23, 1991.

Joint motion of the parties to remand in aid of settlement is granted. Petitioner's motion for rehearing is dismissed as moot.

The order of this Court of December 5, 1990, denying application for writ of error is withdrawn, and the application for writ of error is granted. The judgments and opinions of the courts below are vacated and set aside, and the cause is remanded to the trial court for entry of judgment in

---

**3.** At least one claims manager for Yellow Cab testified that he had previously found a gun in a taxi. (S.F. vol. XII, at 93).

accordance with the settlement agreement of the parties.